1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT
                                WESTERN DISTRICT OF WASHINGTON
9                                        AT TACOMA

10      RODNEY CLARK,

11                         Plaintiff,                    Case No.  C05-5613FDB

12            v.                                         ORDER

13      SANDRA CARTER, *et al.*,

14                         Defendant.

15

16          Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **incomplete**.  Specifically,

17   plaintiff's Acknowledgement and Authorization form is out of date and it does not reflect the current filing free

18   requirement of $250.00.        Plaintiff shall file a supplement or amended application to correct this error  **by**

19   **not later than October 20, 2005.**  Otherwise, the court will recommend denial of his application and

20   dismissal of the underlying matter as frivolous.

21          DATED this 26th day of September, 2005.

22

23                                         */s/ J. Kelley Arnold*_____
                                           J. Kelley Arnold
24                                         United States Magistrate Judge

25

26

27

28

ORDER
Page - 1