1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10  RODNEY CLARK,

11              Plaintiff,                    Case No. C05-5613FDB

12       v.                                   ORDER

13  SANDRA CARTER, *et al.*,

14              Defendant.

15

16      Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **incomplete**. Specifically,

17  plaintiff's Acknowledgement and Authorization form is out of date and it does not reflect the current filing free

18  requirement of $250.00.     Plaintiff shall file a supplement or amended application to correct this error **by**

19  **not later than October 20, 2005.** Otherwise, the court will recommend denial of his application and

20  dismissal of the underlying matter as frivolous.

21      DATED this 26th day of September, 2005.

22
23
                                          */s/ J. Kelley Arnold*
24                                        J. Kelley Arnold
                                          United States Magistrate Judge
25
26
27
28

ORDER
Page - 1